IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFREY LYNN HOLLEMAN; and
DWAYNE HOLLEMAN                                                PLAINTIFFS

VS.                           NO. 4:08-CV-0493 GTE

AMERICAN HONDA MOTOR CO., INC.;
HONDA OF SOUTH CAROLINA MFG., INC.                             DEFENDANTS

### FED. R. CIV. P. RULE 7.1 DISCLOSURE OF HONDA OF SOUTH CAROLINA MFG., INC.

I certify, as a party/counsel in the case noted above that Honda of South Carolina Mfg., Inc., is a South Carolina corporation, and is owned by American Honda Motor Co., Inc. American Honda Motor Co., Inc., is a California corporation and is a wholly-owned subsidiary of Honda Motor Co., Ltd., a Japanese company. Honda Motor Co., Ltd., is a publicly traded company.

/s/ Michael E. Hale
Bar Number 68021
Scott M. Strauss
Bar Number 92009
Attorneys for Defendants
Barber, McCaskill, Jones & Hale, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3414
Telephone: (501) 372-6175 / Fax: (501) 375-2802
E-mail:  mhale@barberlawfirm.com
E-mail:  sstrauss@barberlawfirm.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. Thomas H. McGowan
Provost*Umphrey Law Firm, L.L.P.
One Riverfront Place, Suite 605
North Little Rock, AR 72114
tmcgowan@provostumphrey.com

/s/ Michael E. Hale
Bar Number 68021
Scott M. Strauss
Bar Number 92009
Attorneys for Defendants
Barber, McCaskill, Jones & Hale, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3414
Telephone: (501) 372-6175 / Fax: (501) 375-2802
E-mail: mhale@barberlawfirm.com
E-mail: sstrauss@barberlawfirm.com